22 F.3d 302
 Morris (Kelvin X.)
v.
Deramus (Erskin), Dr. Mihalic, Dr. Correa, Dr. Reiner,
Fulcomer (Thomas A.), Superintendent, Dr. Suomela, Nurse
Greenleaf, Major Price, Dr. Dunn, Mr. Sobina, Mr. Cooper,
Mr. Grove, Mr. Domovich, Nurse Eherhardt
 NO. 93-7454
 United States Court of Appeals,
Third Circuit.
 Mar 25, 1994
 
 Appeal From: M.D.Pa.,
 Caldwell, J.
 
 
 1
 AFFIRMED.